IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KARL FONTENOT,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF ADA, *et al.*<br><br>        Defendants. | **Case No.: 21-CV-00249-RAW** |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **Defendants the State of Oklahoma, Jackie Roberts, Rusty Featherstone, and Gary Rogers**. I certify that I am admitted to practice in this Court and I am registered to file documents electronically with this Court.

Respectfully submitted,

s/ Tracy E. Neel
**Tracy E. Neel, OBA # 33574**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Tele: (405) 521-3921
Fax: (405) 521-4518
tracy.neel@oag.ok.gov
*Attorney for Defendants State of Oklahoma, Roberts, Featherston, and Rogers*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing, and for transmittal of a Notice of Electronic filing all counsel of record, who are registered participants of the ECF System.

                                           s/ Tracy E. Neel
                                           **Tracy E. Neel**