IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KARL FONTENOT,<br><br>    Plaintiff,<br><br>v.<br><br>The CITY OF ADA; Ada Police Department Detective MIKE BASKIN; Sandra Sue Smith as Personal Representative for the Estate of DENNIS SMITH; Oklahoma State Bureau of Investigation Agents GARY ROGERS; RUSTY FEATHERSTONE; JACKIE ROBERTS;  and Pontotoc County District Attorney WILLIAM PETERSON, in his individual capacity; BOARD OF PONTOTOC COUNTY COMMISSIONERS; and the STATE OF OKLAHOMA,<br><br>    Defendants. | Civil Action No. 21-cv-249-RAW<br><br>JOINT STATUS REPORT |

    The parties submit the following Joint Status Report pursuant to the Court's Minute Order dated September 9, 2022 (ECF No. 65).

Status of Related Criminal Proceedings

    On October 27, 2021, this Court issued a stay of all substantive due dates in this action pending the resolution of ongoing related criminal proceedings (ECF No. 40). The Supreme Court denied the State's petition for certiorari on June 6, 2022. The State has not yet made a decision regarding whether to dismiss the charges against Plaintiff. For this reason, the parties jointly agree that this action should remain stayed at this time.

1

Status of the Case

On June 6, 2022, the Court granted Plaintiff's unopposed motion for leave to file an amended complaint to reflect the proper parties to the case, and Plaintiff filed his Amended Complaint and Jury Demand on June 7, 2022. Defendant Board of County Commissioners of Pontotoc County filed its Motion to Dismiss Plaintiff's Amended Complaint on June 21, 2022. The Court has ordered Plaintiff to respond to that motion by October 3, 2022 (ECF No. 68), although the litigation currently remains stayed.

DATED: September 23, 2022

Respectfully submitted,

/s/ Anna Benvenutti Hoffmann
Anna Benvenutti Hoffmann
(admitted *pro hac vice*)
Nick Brustin (admitted *pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
NY Bar No. 4412011
NY Bar No. 2844405
212-965-9081
anna@nsbcivilrights.com
nick@nsbcivilrights.com

*Counsel for Plaintiff*

Tiffany Murphy
790 N. Cliffside Dr.
Fayetteville, AR 72701
AR Bar No. 2015057
479-575-3056
tiffanym@uark.edu

*Counsel for Plaintiff*

Doug Parr, OBA No. 6907
228 Robert S. Kerr Avenue, Suite 715
Oklahoma City, OK 73102

800-787-2415
doug@parrlawoffice.com

*Counsel for Plaintiff*

/**s**/ Devan Pederson
Devan Pederson, OBA No. 16576
Tracy Neel, OBA No. 33574
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
405-522-2931
devan.pederson@oag.ok.gov
tracy.neel@oag.ok.gov

*Counsel for State of Oklahoma, Jackie Roberts, Rusty Featherstone, Gary Rogers*

/**s**/ Kevin L. McClure
Kevin L. McClure, OBA No. 12767
Assistant Attorney General
Oklahoma Attorney General's
Office Litigation Section
313 NE 21st Street
Oklahoma City, Oklahoma 73105
405-521-3921
kevin.mcclure@oag.ok.gov

*Counsel for William Peterson*

/**s**/ Eric D. Janzen
Eric D. Janzen, OBA No. 13826
Steidley & Neal, P.L.L.C.
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, Oklahoma 74137
918-664-4612
edj@steidley-neal.com

*Counsel for City of Ada, Mike Baskin, and Sandra Sue Smith, Personal Representative for the Estate of Dennis Smith*

Sean M. McKelvey, OBA No. 17098
Steidley & Neal, P.L.L.C.
P.O. Box 1165
100 East Carl Albert Parkway
McAlester, OK 74502
918-423-4611 telephone
smm@steidley-neal.com

*Counsel for City of Ada, Mike Baskin, and Sandra Sue Smith, Personal Representative for the Estate of Dennis Smith*


/**s**/ Wellon B. Poe
Wellon B. Poe, OBA No. 12440
COLLINS, ZORN & WAGNER, PLLC
429 NE 50th, Second Floor
Oklahoma City, OK 73105
405-524-2070
wbp@czwlaw.com

*Counsel for Board of Pontotoc County Commissioners*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users of record.

Dated: September 23, 2022                                      /s/ Anna Benvenutti Hoffmann
                                                                                         Anna Benvenutti Hoffmann